IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA R. HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-0072-E |
| | § | |
| BAYLOR UNIVERSITY MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Rule 12(b)(6) Motion to Dismiss (Doc. 4). Defendant asserts Plaintiff's claims should be dismissed under Rule 12(b)(6) for failure to state a claim. To survive such a motion, a complaint must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Upon review of the complaint, motion to dismiss, Plaintiff's response, and Defendant's reply, the Court concludes Plaintiff has pleaded specific facts which establish a plausibility of entitlement to relief on all her causes of action. Accordingly, Defendant's motion to dismiss is **DENIED**.

**SO ORDERED:** March 2, 2023.

*/s/ Ada Brown*
Ada Brown
UNITED STATES DISTRICT JUDGE