# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LINDA R HICKS, § § § Plaintiff, § § v. § Civil Action No. 3:22-CV-00072-E § BAYLOR UNIVERSITY MEDICAL § CENTER DALLAS, § § Defendant. § § | |

## FINAL JUDGMENT

Having GRANTED Defendant Baylor University Medical Center Dallas's Motion for Summary Judgment, (ECF No. 49), the Court has dismissed all of Plaintiff Linda Hicks' claims. Accordingly, Plaintiffs Hicks case is **dismissed with prejudice**. This is a final judgment. *See* Fed. R. Civ. P. 54.

**SO ORDERED:** July 22, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE